UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANTOS MORALES | : | CIVIL ACTION |
| | : | CASE NO.:3:11CV1204 (WWE) |
| Plaintiff, | : | |
| | : | |
| STEVEN WEISS, et al | : | |
| | : | |
| Defendants. | : | AUGUST 23, 2016 |

## ANSWER AND SPECIAL DEFENSES OF DEFENDANTS

**FIRST COUNT**

1. That portion of paragraph 1 that alleges that "(t)his count is brought under 42 U.S.C. Section 1983" is admitted. The remaining allegations of paragraph 1 are denied.

2. That portion of paragraph 2 that alleges that "(t)he plaintiff, Santos Morales (hereinafter designated as "Santos"), is a citizen of Guatemala" and that portion of paragraph 2 that alleges that the plaintiff was an "undocumented alien" is admitted.

3. Admitted.

4. Admitted.

5. That portion of paragraph 5 that alleges that "(o)n the night of August 31, 2008, the plaintiff Santos Morales (hereinafter referred to as Santos) was in the Discovery Restaurant, on Stillwater Avenue, Stamford, Connecticut" is admitted. As to the remaining allegations of paragraph 5, the Defendants have insufficient information to admit or deny and therefore leave the plaintiff to his proof.

6. The Defendants have insufficient information to admit or deny and therefore leave the plaintiff to his proof.

7. The Defendants have insufficient information to admit or deny and therefore leave the plaintiff to his proof.

8. The Defendants have insufficient information to admit or deny and therefore leave the plaintiff to his proof.

9.   That portion of paragraph 9 that alleges that the plaintiff exited "the restaurant" is admitted. As to the remaining allegations of paragraph 9, the Defendants have insufficient information to admit or deny and therefore leave the plaintiff to his proof.

10.   That portion of paragraph 10 that alleges that the plaintiff "had his cell phone" is admitted. As to the remaining allegations of paragraph 10, the Defendants have insufficient information to admit or deny and therefore leave the plaintiff to his proof.

11.   The Defendants admit that the plaintiff pointed with one of his hands after officer Phelan arrived and that officer Phelan took a few steps in that direction. As to the remaining allegations of paragraph 11, the Defendants have insufficient information to admit or deny and therefore leave the plaintiff to his proof.

12.   The Defendants admit that Officer Andrew Czubatyj arrived at the scene behind the plaintiff. The remaining allegations of paragraph 12 are denied.

13.   The Defendants admit that Officer Czubatyj ordered the plaintiff to drop the gun and that the plaintiff turned. The remaining allegations of paragraph 13 are denied.

14.   The Defendants admit that Officer Czubatyj tasered the plaintiff three times. The remaining allegations of paragraph 14 are denied.

15.   Denied.

16.   Denied.

17.   Denied.

18.   Denied.

19.   Denied.

20.   Denied.

21.   The Defendants have insufficient information to admit or deny and therefore leave the plaintiff to his proof.

22.   The Defendants admit that "after treatment at Stamford Hospital, Santos was taken to the police station" and that the plaintiff gave a statement. As to the remaining allegations of paragraph 22, the Defendants have insufficient information to admit or deny and therefore leave the plaintiff to his proof.

23.   Denied.

## SECOND COUNT

The allegations of the Second Count are not directed at these Defendants and therefore the Defendants do not plead thereto.

### FIRST SPECIAL DEFENSE

The defendants enjoy the benefits of qualified immunity under federal and state law.

### SECOND SPECIAL DEFENSE

To the extent that the plaintiff sustained any injuries as alleged, they were caused by his own actions in resisting arrest.

THE DEFENDANTS
RICHARD PHELAN AND ANDREW
CYZUBATYJ

BY _____
Dana B. Lee, Esq.
Fed Bar No. ct21098
Assistant Corporation Counsel
City of Stamford
888 Washington Blvd
P.O. Box 10152
Stamford, CT 06904-2152
Tel: (203) 977-4087
Fax: (203) 977-5560
E-mail: dlee@ci.stamford.ct.us

## CERTIFICATE OF SERVICE

      I hereby certify that on August 24, 2016, a copy of the foregoing Answer and Special Defenses was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/EOF System.

Richard H.G. Cunningham, Esq.
Fed Bar No. Ct15195
12 Kenilworth Drive East
Stamford, CT 06902
Tel: (203) 517-9385
E-mail: rhgc3333@gmail.com

BY_____
Dana B. Lee, Esq.
Fed Bar No. ct21098
Assistant Corporation Counsel
City of Stamford
888 Washington Blvd
P.O. Box 10152
Stamford, CT 06904-2152
Tel: (203) 977-4087
Fax: (203) 977-5560
E-mail: dlee@ci.stamford.ct.us